**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | |
|---|---|
| RUTH N. REED,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No. 1:16-cv-00310-RLJ-CHS |

**CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES**

I hereby certify that on March 20, 2017, I served Defendant Select Portfolio Servicing, Inc.'s Initial Disclosures on the Plaintiff via electronic means to peter@ensigntitle.com.

This 21st day of March, 2017.


*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for Select Portfolio Servicing, Inc.*