**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

RUTH N. REED,

Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.,

Defendant.

Case No. 1:16-cv-00310-RLJ-CHS

**STIPULATION OF DISMISSAL**

COMES NOW, Ruth N. Reed and Select Portfolio Servicing, Inc., and hereby stipulate to the dismissal of the above-styled action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted, this 15th day of August, 2017.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for Select Portfolio Servicing, Inc.*

*-and-*

*/s/ Peter C. Ensign (by BJC w/ permission)*
PETER C. ENSIGN (BPR # 17071)
6111 Shallowford Road, Suite 105C
Chattanooga, TN 37421
(423) 510-0410
ensign@ensignlegal.com
*Attorney for Ruth N. Reed*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 15th day of August, 2017, filed the within and foregoing by CM/ECF, which will serve all parties with notice of same.

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)